**STATE of Missouri, Respondent,**

v.

**Charles J. CARR, Appellant.**

**No. WD 34091.**

Missouri Court of Appeals,
Western District.

Sept. 27, 1983.

Application to Transfer Denied
Nov. 22, 1983.

Sean D. O'Brien, Asst. Public Defender, Kansas City, for appellant.

John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, C.J., P.J., and DIXON and CLARK, JJ.

### ORDER

PER CURIAM.

Appeal from conviction of burglary, second degree, § 569.170, RSMo 1978 and stealing without consent, § 570.030, RSMo 1978.

Judgment affirmed. Rule 30.25(b).